AO 450 (SCD 04/2010) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| Lance Lowell Lewis, | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 2:22-cv-03403-DCN |
| The Boeing Company, | ) | |
| *Defendant*s | ) | |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: Plaintiff, Lance Lowell Lewis, shall take nothing of Defendant, The Boeing Company, as to the complaint filed pursuant to 28 U.S.C. § 1331 and this action is dismissed.


This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable David C. Norton, United States District Judge, presiding. The Court having adopted the Report and Recommendation set forth by the Honorable Thomas E Rogers, III, United States Magistrate Judge.

Date:   November 14, 2024                         *ROBIN L. BLUME, CLERK OF COURT*

                                                                                         s/H.Cornwell
                                                                             _____
                                                                             *Signature of Clerk or Deputy Clerk*